UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ELIS NELSON ORITZ–NIEVES #755550,

        Petitioner,                            Case No. 1:23–cv–2

    vs.                                   Hon. Ray Kent

ADAM DOUGLAS,

        Respondent.

_____/

### ORDER TO FILE ANSWER OR OTHER PLEADING

This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2254. Respondent shall file an answer or other pleading in response to the petition for writ of habeas corpus filed by the Petitioner herein within 180 days of the entry of this order. No extensions of time will be granted.

The answer of the Respondent shall comply with the requirements of Rule 5 of Rules Governing Section 2254 Cases in the United States District Courts. Respondent shall include in the Rule 5 materials a copy or transcript of any audio or video recordings that were played for the jury at trial. Respondent is further notified that the failure to raise affirmative defenses in the first responsive pleading may constitute a waiver of such defenses. *See* Fed. R. Civ. P. 8(c). Petitioner may submit a reply to the Respondent's answer within 42 days after the answer is filed. Rule 5(e) of Rules Governing Section 2254 Cases.

The Clerk of the Court shall serve this order and the attached petition and brief in support by electronic mail on the Respondent and the Attorney General of the State of Michigan as outlined in the Memorandum of Understanding Regarding Electronic Service of Habeas Corpus Petitions.  Counsel for Respondent shall file an appearance within 21 days of electronic service.

    IT IS SO ORDERED.


Dated:   March 23, 2023              __/s/ Ray Kent_____
                                     RAY KENT
                                     U.S. Magistrate Judge