UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ELIS NELSON ORTIZ-NIEVES,

                Petitioner,                    Case No. 1:23-cv-2

v.                                           Honorable Ray Kent

ADAM DOUGLAS,

                Respondent.

_____/

## **ORDER**

This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2254. This matter is presently before the Court on Petitioner's motion to extend the time to consent to proceed before a magistrate judge (ECF No. 4). By notice issued January 3, 2023, the Court informed Petitioner that he could consent to proceed before a magistrate judge and that his response was due by January 24, 2023. On January 17, 2023, Petitioner, through counsel, sought a two-week extension of that deadline. Nine weeks have passed without consent. Petitioner will have another opportunity to consent to proceeding before a magistrate judge after Respondent has entered an appearance.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion to extend the time to consent to proceed before a magistrate judge (ECF No. 4) is **DENIED**.


Dated:  March 23, 2023                /s/ Ray Kent
                                         Ray Kent
                                         United States Magistrate Judge