UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ELIS NELSON ORTIZ-NIEVES,

                 Petitioner,

v.

ADAM DOUGLAS,

                 Respondent.
_____/

Case No. 1:23-cv-2

Honorable Robert J. Jonker

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:    December 27, 2024          /s/ Robert J. Jonker
                                                    Robert J. Jonker
                                                    United States District Judge