UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ELIS NELSON ORTIZ-NIEVES,

                Petitioner,

v.

ADAM DOUGLAS,

                Respondent.

_____/

Case No. 1:23-cv-2

Honorable Robert J. Jonker

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** for failure to raise a meritorious federal claim.


Dated:   December 27, 2024                /s/ Robert J. Jonker
                                              Robert J. Jonker
                                              United States District Judge